## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **SECURE AXCESS, L.L.C.** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO 6:15-CV-00208 |
| | § | |
| **HP ENTERPRISE SERVICES, LLC** | § | JURY TRIAL DEMANDED |
| | § | |
| *Defendant.* | § | |

## NOTICE OF APPEARANCE

The following counsel hereby submits this Notice of his appearance as one of the attorneys for Plaintiff:

Christian Hurt
Nix Patterson & Roach, LLP
5215 North O'Connor Blvd., Suite 1900
Irving, Texas 75039
Telephone: 972.831.1188
Facsimile: 972.444.0716
E-mail: christianhurt@nixlawfirm.com

Mr. Hurt respectfully requests that copies of all notices, pleadings, and other matters be served upon him at the above-listed address.

Respectfully submitted,

_____/s/_____
**CHRISTIAN HURT**
STATE BAR NO. 24059987
**NIX PATTERSON & ROACH, L.L.P.**
5215 N. O'Connor Blvd., Suite 1900

        Irving, Texas 75039
        972.831.1188 (telephone)
        972.444.0716 (facsimile)
        christianhurt@nixlawfirm.com

**ATTORNEY FOR PLAINTIFF
SECURE AXCESS, L.L.C.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via the Court's electronic filing system on all counsel who have consented to electronic service on this the 26TH day of August, 2015.

        _____/s/_____
        **CHRISTIAN HURT**