IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **SECURE AXCESS, L.L.C.** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO 6:15-CV-00208 |
| | § | |
| **HP ENTERPRISE SERVICES, LLC** | § | **JURY TRIAL DEMANDED** |
| | § | |
| *Defendant.* | § | (Consolidated Lead Case) |

**JOINT MOTION FOR ENTRY OF DOCKET CONTROL ORDER, DISCOVERY ORDER, ESI DISCOVERY ORDER, AND PROTECTIVE ORDER**

Pursuant to the Court's October 7, 2015 Order and the Court's November 9, 2015 Order, Plaintiff Secure Axcess, LLC ("Secure Axcess") and consolidated Defendants HP Enterprise Services, LLC, Ericsson Inc., Fujitsu Network Communications, Inc., and NEC Cloud Communications America, Inc. ("Defendants") jointly move for the entry of the attached proposed Docket Control Order, Discovery Order, Electronically Stored Information Discovery Order ("ESI Order"), and Protective Order. The parties do not have any disputed issues regarding these proposed orders.

Respectfully submitted,

*/s/ signature/*

**CHRISTIAN HURT**

**DEREK GILLILAND**
STATE BAR NO. 24007239

**EDWARD CHIN**
STATE BAR NO. 50511688
**KIRK VOSS**
STATE BAR NO. 24075229
**WINN CUTLER**
STATE BAR NO. 24084364
**CHRISTIAN J. HURT**
STATE BAR NO. 24059987
**ROSS LEONOUDAKIS**
STATE BAR NO. 24087915
**NIX PATTERSON & ROACH, L.L.P.**
5215 N. O'Connor Blvd., Suite 1900
Irving, Texas 75039
972.831.1188 (telephone)
972.444.0716 (facsimile)
dgilliland@nixlawfirm.com
edchin@me.com
kirkvoss@me.com
winncutler@nixlawfirm.com
christianhurt@nixlawfirm.com
rossl@nixlawfirm.com

**RICHARD BENJAMIN KING**
STATE BAR NO. 24048592
**NIX PATTERSON & ROACH, L.L.P.**
2900 Saint Michael Drive
Texarkana, Texas 75503
903.223.3999 (telephone)
903.223.8520 (facsimile)
benking@nixlawfirm.com

**ATTORNEYS FOR PLAINTIFF**
**SECURE AXCESS, LLC**

    /s/ *Steven G. Schortgen*_____
   Steven G. Schortgen
    Texas Bar No. 00794603
    steve.schortgen@klgates.com
   Jennifer K. Ayers
    Texas Bar No. 24069322
    jennifer.ayers@klgates.com
   Ravi S. Deol
    Texas Bar No. 24090073
    ravi.deol@klgates.com
   **K&L GATES LLP**

        1717 Main St., Suite 2800
        Dallas, TX 75201
        Tel.: (214) 939-5500
        Fax: (214) 939-5849

**ATTORNEYS FOR HP ENTERPRISE SERVICES, LLC**

/s/ Adam A. Allgood
Adam A. Allgood
Texas State Bar No. 24059403
aallgood@morganlewis.com
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
(713) 890-5000 Telephone
(713) 890-5001 Facsimile

Robert W. Busby, LEAD ATTORNEY
Virginia Bar No. 41312 (*Application for Admission Pro Hac Vice Pending*)
rbusby@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 739-3000 Telephone
(202) 739-3001 Facsimile

*Counsel for Defendant*
*NEC Cloud Communications America, Inc.*

/s/ Aaron Fountain
Aaron G. Fountain
DLA Piper LLP (US)
1000 Louisiana Street
Suite 2500
Houston, TX 77002
(713) 425-8400
aaron.fountain@dlapiper.com

**ATTORNEYS FOR ERICSSON INC.**

/s/ Matthew D. Satchwell
Matthew D. Satchwell, LEAD ATTORNEY
**DLA PIPER LLP**
203 N. LaSalle St., Suite 1900

        Chicago, IL 60601-1293
        Telephone: 312.862.2111
        Facsimile:  312.251.2168
        matthew.satchwell@dlapiper.com

        Jeffrey L. Johnson
        State Bar No. 24029638
        Dawn Jenkins
        State Bar No. 24074484
        **DLA Piper LLP**
        1000 Louisiana, Suite 2800
        Houston, TX 77002-5005
        Telephone: 713.425.8400
        Facsimile:  713.425.8401
        jeffrey.johnson@dlapiper.com
        dawn.jenkins@dlapiper.com

        **ATTORNEYS FOR DEFENDANT FUJITSU NETWORK COMMUNICATIONS, INC.**

## CERTIFICATE OF SERVICE

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via the Court's electronic filing system on all counsel who have consented to electronic service on this the 11th day of November, 2015.

---
**CHRISTIAN HURT**