**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **SECURE AXCESS, L.L.C.,** | § § | |
| Plaintiff, | § § | **CIVIL ACTION NO. 6:15-cv-208** |
| v. | § § | **JURY TRIAL DEMANDED** |
| **HP ENTERPRISE SERVICES, LLC,** | § § § | |
| Defendant. | § § | |

## ORDER

Defendant HP Enterprise Services, LLC ("Defendant") filed a letter brief requesting permission to file a Motion for Summary Judgment asserting that claims 17 and 19 of the '990 patent are invalid as indefinite under 35 U.S.C. § 112 (ECF 88). Plaintiff Secure Axcess, L.L.C. filed a response in opposition (ECF 91).

Having considered the parties' arguments and the applicable law, Defendant's request is hereby **GRANTED**. The Motion for Summary Judgment is subject to and shall not exceed the collective page limitations set forth in Local Rule CV-7(a)(1).

So ORDERED and SIGNED this 1st day of June, 2016.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE